UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC., <br>               Plaintiff, <br><br> v. <br><br> TROY INDUSTRIES, INC. <br><br>               Defendant. | Civil Action No.: 1:10-cv-10761-WGY |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Atlantic Research Marketing Systems, Inc. ("A.R.M.S.") and Troy Industries, Inc. ("Troy"), having settled and resolved all claims between them; IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties that all claims, affirmative defenses and counterclaims asserted by A.R.M.S. and/or Troy in the above entitled action be, and the same hereby are, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party paying its own fees, costs and expenses. The parties hereby waive all rights of appeal and/or rehearing.

[The remainder of this page is intentionally left blank]

06020494

Dated: July 3, 2012.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC., | TROY INDUSTRIES, INC. |
| By its Attorneys | By its Attorneys |
| /s/ Paul J. Cronin<br>Paul J. Hayes (BBO # 227,000)<br>phayes@hbcllc.com<br>Paul J. Cronin (BBO # 641,230)<br>pcronin@hbcllc.com<br>HAYES BOSTOCK & CRONIN LLC<br>300 Brickstone Square, 9th Floor<br>Andover, MA 01810<br>Telephone: (978) 809-3850<br>Facsimile: (978) 809-3869 | /s/ Damian R. LaPlaca<br>Damian R. LaPlaca (BBO # 551369)<br>dlaplaca@donovanhatem.com<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>Telephone: (617) 406-4500<br>Facsimile: (617) 406-4501 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 3, 2012.

/s/ Paul J. Cronin
Paul J. Cronin